THE STATE OF OHIO, APPELLEE, *v.* GOLDSBERRY, APPELLANT.

[Cite as *State v. Goldsberry,* 120 Ohio St.3d 275, 2008-Ohio-6103.]

(No. 2007–2182—Submitted October 15, 2008—Decided December 2, 2008.)

{¶ 1} The judgment of the court of appeals dismissing appellant's appeal to that court for lack of a final, appealable order is reversed. The cause is remanded to the court of appeals to rule on the merits of appellant's assignment of error.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

David W. Phillips, Union County Prosecuting Attorney, for appellee.

Alison Boggs, for appellant.